RUTH HINTON ALLEY, SOPHIA M. HINTON, CHARLES L. HINTON AND THE FIRST & CITIZENS NATIONAL BANK OF ELIZABETH CITY, GUARDIAN FOR JOHN L. HINTON, MINOR, v. ROY McPHERSON, AND GERTIE McPHERSON.

(Filed 27 September, 1939.)

APPEAL by defendants from *Carr, J.,* at January Term, 1939, of PASQUOTANK.  No error.

Civil action to recover damages for trespass upon real property and for injunctive relief against future trespass.  The defendants filed a general denial of the allegations contained in the complaint.  They did not plead adverse possession.  The cause was tried before a jury upon appropriate issues, which were answered in favor of the plaintiffs.  From judgment on the verdict, the defendants appealed.

*J. Kenyon Wilson for plaintiffs, appellees.*
*M. B. Simpson and R. M. Conn for defendants, appellants.*

PER CURIAM.  The only question debated in the brief of the defendants is that of alleged error by the court below in overruling the motion of the defendants for judgment as of nonsuit.  A careful examination of the record discloses that there was sufficient evidence to require the submission of the cause to the jury.  In the trial below we find

No error.

---

HENRY BLANTON v. S. L. LAWING.

(Filed 27 September, 1939.)

APPEAL by plaintiff from *Johnston, Special Judge,* at June Term, 1939, of RUTHERFORD.

*Hamrick & Hamrick and Paul Boucher for plaintiff, appellant.*
*Stover P. Dunagan and Woodrow W. Jones for defendant, appellee.*

PER CURIAM.  This was an action to recover damages for personal injuries alleged to have been caused by the negligence of the defendant. When the plaintiff had introduced his evidence and rested his case the court allowed defendant's motion for judgment as in case of nonsuit. C. S., 567.  We concur in the ruling of the court upon the theory that there was no evidence of actionable negligence.

Affirmed.